**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:25-cv-20779-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

CAPITOL OFFICE CENTER, INC. and
PARAISO TROPICAL RESTAURANTE &
PIZZERIA NO. 2 LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff, NIGEL FRANK DE LA TORRE PARDO, hereby advises the Court that he has reached an agreement in principle to settle the instant case with Defendant, PARAISO TROPICAL RESTAURANTE & PIZZERIA NO. 2 LLC, *only*, The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than ten (20) days from the date of this Notice. Accordingly, the Plaintiff, respectfully requests that the Court vacate all currently set dates and deadlines on this case as to Defendant, PARAISO TROPICAL RESTAURANTE & PIZZERIA NO. 2 LLC, *only*.

Respectfully submitted this March 4, 2025.

1

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Email:   ajp@ajperezlawgroup.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 4, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By:    /s/  Anthony J. Perez
        ANTHONY J. PEREZ