UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-cv-20779-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

CAPITOL OFFICE CENTER, INC. and
PARAISO TROPICAL RESTAURANTE &
PIZZERIA NO. 2 LLC,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. Civ. P. 41(a)(1)(A)(i), Plaintiff, NIGEL FRANK DE LA TORRE PARDO, by and through his undersigned counsel, hereby gives notice of voluntary dismissal of this action with prejudice, as to Defendant, PARAISO TROPICAL RESTAURANTE & PIZZERIA NO. 2 LLC, *only*.

Dated this March 7, 2025.

    Respectfully Submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By:    */s/ Anthony J. Perez*

ANTHONY J. PEREZ<br>Florida Bar No. 535451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record, this March 7, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: ___/s/ Anthony J. Perez___
　　　ANTHONY J. PEREZ