**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:25-cv-20779-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

CAPITOL OFFICE CENTER, INC. and
PARAISO TROPICAL RESTAURANTE &
PIZZERIA NO. 2 LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, CAPITOL OFFICE CENTER, INC., hereby advise the Court that the Parties have reached an agreement in principle to settle the instant case pending completion of certain terms of the Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice upon completion of certain terms of the Settlement Agreement, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Respectfully submitted this March 19, 2025.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

and

*/s/ Joaquin J. Alemany*
JOAQUIN J. ALEMANY
Fla. Bar No.: 662380
Holland & Knight LLP
701 Brickell Ave Ste 3300
Miami, FL 33131-2847
Tel.: 305-789-7763
Email: joaquin.alemany@hklaw.com
*Attorneys for Defendant, CAPITOL OFFICE CENTER, INC.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 19, 2025.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ